IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY STEVENS,

    Plaintiff,                     No. CIV S-07-2591 LEW DAD P

    vs.

MARLENE MARTINEZ, et al.,

    Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's in forma pauperis application does not include a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action or a prison official's certification. See 28 U.S.C. § 1915(a)(2). Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 3, 2007 application to proceed in forma pauperis is denied without prejudice;

1  2. Plaintiff shall submit, within thirty days from the date of this order a properly
2  completed in forma pauperis application that includes a certified copy of plaintiff's prison trust
3  account statement for the six-month period immediately preceding the filing of the complaint in
4  this action and a prison official's certification; plaintiff is cautioned that failure to comply with
5  this order or seek an extension of time to do so will result in a recommendation that this action be
6  dismissed without prejudice; and
7  3. The Clerk of the Court is directed to send plaintiff an Application to Proceed
8  In Forma Pauperis By a Prisoner for use in a civil rights action.
9  DATED: December 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
stev2591.mod3e

2